## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

IN RE: Criminal Cases

This matter is before the Court upon the Court's own motion:

IT IS HEREBY ORDERED that government's exhibits in the cases listed below are to be returned to the United States Attorney for appropriate disposition.

| CASE NUMBER | CAPTION |
|---|---|
| 8:95CR113 | US v. James Strawn |
| 8:96CR120 | US v. Meylan Special Services, Inc. |
| 8:96CR149 | US v. Apolonio R. Moreno |
| 8:96MJ1 | US v. Mark Matthew Maddy |
| 8:97CR215 | US v. Ayite Ose Codjo |
| 8:98CR31 | US v. Christopher J. Negroni |
| 8:98CR122 | US v. Ronald Cooke |
| 8:99CR208 | US v. Homer Escarcega |
| 8:99CR229 | US v. Rigoberto Jimenez, Jr. |
| 8:99CR265 | US v. Blackbird Sheridan |
| 8:00CR11 | US v. Cindy Lou Cates, et al. |
| 8:00CR12 | US v. Alvarez |
| 8:00CR144 | US v. Laura Seger |
| 8:02CR238 | US v. Donald Asay, et al. |
| 8:02CR308 | US v. Harold Fox |
| 8:02CR382 | US v. Angel Velazquez |
| 8:02CR429 | US v. William Monier |
| 8:02CR177 | US v. Timothy A. Kruse |
| 8:02CR424 | US v. Otis Alvin Holford |
| 8:03CR13 | US v. Ortiz-Ramirez |
| 8:03CR59 | US v. Jose Luis Hernandez-Garcia |
| 8:03CR69 | US v. Jimenes-Lopez |
| 8:03CR84 | US v. Chiwanda Ammons |
| 8:03CR87 | US v. English |
| 8:03Cr128 | US v. Escobar, et al. |
| 8:03CR332 | US v. Aaron Shanle |
| 8:03CR472 | US v. Garcia |
| 8:03CR506 | US v. Chacon |
| 8:03CR512 | US v. Salgado-Campos |
| 8:03CR566 | US v. Leslie Fisher, et.al. |
| 8:03CR572 | US v. Rahn |
| 8:03CR577 | US v. Hunt |
| 8:04CR260 | US v. John P. Blazka |
| 8:04CR261 | US v. Bogacki |
| 8:04CR313 | US v. Jose Luis Bravo-Lopez |
| 8:04CR340 | US v. Samuel Howell |
| 8:04CR373 | US v. Pantoja-Mendez, et al. |
| 8:04CR396 | US v. McBride |
| 8:04CR405 | US v. John Synovec |

| | |
|---|---|
| 8:04CR425 | US v. Rodriguez |
| 8:04CR491 | US v. Miller |
| 8:04CR500 | US v. Gary Bauman |
| 8:04CR512 | US v. Romero |
| 8:04CR515 | US v. Bowles |
| 8:04CR536 | US v. John Eric Estle |
| 8:05CR5 | US v. Lynn |
| 8:05CR73 | US v. Cruz, et al. |
| 8:05CR94 | US v. Jose Elias Garcia, et al. |
| 8:05CR118 | US v. Chaney |
| 8:05CR119 | US v. Corrales-Wyant |
| 8:05CR143 | US v. Michael Floyd |
| 8:05CR170 | US v. Homero Barreras Gastelum |
| 8:05CR204 | US v. Purdy |
| 8:05CR221 | US v. Sheridan |
| 8:05CR224 | US v. Juvenile 1 & 2 |
| 8:05CR238 | US v. Nungaray-Calderon |
| 8:05CR244 | US v. Whitesel |
| 8:05CR253 | US v. Gottsch, et al. |
| 8:05CR260 | US v. Jeremy Trausch |
| 8:05CR261 | US v. Jamal Wright |
| 8:05CR272 | US v. Alan Erickson |
| 8:05CR347 | US v. Fruto Madrid-Cruz |
| 8:05CR387 | US v. Juan Antonio Garcia |
| 8:05CR445 | US v. Jones |
| 8:06CR85 | US v. Luis Macedo |
| 8:06CR144 | US v. John Vandry |
| 8:06CR241 | US v. Tyler Peneaux |

DATED this 24th day of May, 2007.


BY THE COURT

s/Joseph F. Bataillon
Chief United States District Judge