IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:00CR12 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| FELIX ALVAREZ, | ) | |
| | ) | |
| Defendant. | ) | |

I am in receipt of a letter from defendant Felix Alvarez.

IT IS ORDERED that:

(1) The Clerk of Court shall file Mr. Alvarez's letter, which is attached hereto, in the court file.

(2) Treated as a motion, it is denied.

(3) The Clerk of Court shall provide a copy of this order to the defendant at his last known address. The Clerk shall also provide a copy of this order and the defendant's letter to counsel of record.

October 15, 2007.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge