IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:00CR12 |
| v. | ) | |
| FELIX ALVAREZ, | ) | ORDER |
| Defendant. | ) | |

The Clerk has filed a copy of a letter sent to the Federal Public Defender David R. Stickman (filing no. 135). It is not a motion. To avoid confusion,

IT IS ORDERED that:

(1) The defendant is advised that there are no pending motions regarding him.

(2) The Clerk shall mail a copy of this order to the defendant.

(3) The Clerk shall provide notice of the entry of this order to Mr. Stickman.

DATED this 22nd day of August, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge